458 A.2d 266

Commonwealth v. Thompson, Appellant.

Submitted January 26, 1983. Hugh S. Rebert, Assistant Public Defender, for appellant; Thompson J. McCullough, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

458 A.2d 266

Commonwealth v. Ward, Appellant.

Submitted September 8, 1982. Raymond E. Kumor, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.